**REHEARING ACTION: October 20, 2010**

**Docket Number: 10   00091-WCA** consolidated with 86-WCA & 92-WCA & 96-WCA & 97-WCA & 99-WCA & 100-WCA & 115-WCA & 117-WCA & 118-WCA

**CENTRAL LA. AMBULATORY SURGICAL CENTER (TRAVIS VILLEMARETTE)**
**VERSUS**
**GILCHRIST CONSTRUCTION CO.**

**Appealed from Office of Workers' Compensation - # 2 Case No. 08-02896**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Shannon J. Gremillion**
> **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the request for en banc rehearing filed by **Central Louisiana Ambulatory Surgical Center** has this day been

> **DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Central Louisiana Ambulatory Surgical Center** has this day been

> **GRANTED.**
> (See attached opinion)

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Gilchrist Construction Co.** has this day been

> **DENIED.**
> (See attached opinion)

cc: Richard Bray Williams, Counsel for the Appellee
    Thomas Allen Filo, Counsel for the Appellee
    Michael Kevin Cox, Counsel for the Appellee
    Eric K. Buerger, Counsel for the Appellant
    Roger Anthony Javier, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**